**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6691**

TERRY LYNN EVERETT,

             Plaintiff - Appellant,

       v.

JOYCE FRANCIS, Warden; VALORIE RAPPOLD, A. W. Operations;
KAREN LAMBRIGHT, Health Service Administrator; ELIZABETH
BORAM, Assistant Health Service Administrator; ELLEN MACE,
Clinical Director; EDDIE ANDERSON, F.C.I. Physician,

             Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:07-cv-00135-FPS-JES)

Submitted:  July 27, 2010          Decided:  August 9, 2010

Before TRAXLER, Chief Judge and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Terry Lynn Everett, Appellant Pro Se.  Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Lynn Everett appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Everett v. Francis, No. 5:07-cv-00135-FPS-JES (N.D.W. Va. Apr. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED